Tyler J. Woods (State Bar No. 232464)
    twoods@trialnewport.com
Richard H. Hikida (State Bar No. 196149)
    rhikida@trialnewport.com
Scott J. Ferrell (State Bar No. 202091)
    sferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and Counterdefendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HI-TECH PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.  13-CV-00830 AJB (KSC)<br><br>**NOTICE OF WITHDRAWAL OF DOCKET NO. 16 (AMENDED COMPLAINT)** |
| HI-TECH PHARMACEUTICALS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THERMOLIFE INTERNATIONAL, LLC,<br><br>Counterdefendant. | |

PLEASE TAKE NOTICE THAT Tyler J. Woods, of the law firm of Newport Trial Group, 4100 Newport Place, Suite 800, Newport Beach, California 92660, counsel for Plaintiff THERMOLIFE INTERNATIONAL, LLC, hereby withdraws Docket Entry No. 16 as erroneously being filed and asks the court to remove said Docket No. 16.

Respectfully submitted,
NEWPORT TRIAL GROUP
A Professional Corporation

Dated: February 14, 2014

      /s/Tyler J. Woods
By:   Tyler J. Woods
      Attorneys for Plaintiff and Counterdefendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2014, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF DOCKET NO. 16** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                  */s/Tyler J. Woods*

                                                    Tyler J. Woods